UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY,<br><br>  Plaintiff,<br><br>vs.<br><br>AMERA MORTGAGE CORPORATION,<br><br>  Defendant. | Civil Action No. 5:14cv189-D |

**ORDER GRANTING DEFENDANT AMERA MORTGAGE'S
NOTICE OF STAY AND REQUEST FOR SUSPENSION OF PROCEEDINGS**

Based upon the Notice of Stay and Request for Suspension of Proceedings filed by Amera Mortgage Company to suspend the proceedings of *Branch Banking and Trust Company v Amera Mortgage Corporation*, Civil Action No. 5:14cv189 pursuant to the Chapter 7 bankruptcy petition filed on behalf of Amera Mortgage Corporation in the Bankruptcy Court of the Eastern District of Michigan,

**IT IS HEREBY ORDERED** that this case is closed for administrative purposes without prejudice and that this closing does not constitute a dismissal or a decision on the merits.

Dated: January 23, 2015

JAMES C. DEVER III
Chief United States District Judge